IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHERIE F. WOODARD                                                                 PLAINTIFF

V.                          CASE NO. 1:19-CV-2-BSM-BD

SOCIAL SECURITY ADMINSTRATION                                   DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Cherie F. Woodard and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

IT IS SO ORDERED this 31st day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE